UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IBRAHIM JAFARU,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.

Respondents.

Case No.: 26-CV-1084 TWR (VET)

**ORDER GRANTING VOLUNTARY DISMISSAL**

(ECF No. 11)

Presently before the Court is Petitioner Ibrahim Jafaru's Response to Order to Show Cause and Motion to Voluntarily Dismiss (ECF No. 11), in which counsel for Petitioner explains:

> Petitioner hereby moves to voluntarily dismiss the petition in this case. Petitioner filed two pro se habeas petitions, both of which are assigned to this Court. *See* 26-cv-1499-TWR-VET. Because the parties have submitted substantive briefing in the other case, and this Court has scheduled a hearing in that case on August 13, 2026, the Court may dismiss this case.

(*Id.* at 2.) In light of the foregoing, the Court **GRANTS** Petitioner's request and **DISMISSES WITHOUT PREJUDICE** the Petition. The Clerk of Court **SHALL**

/ / /

/ / /

**CLOSE** the file.

**IT IS SO ORDERED.**

Dated: September 2, 2026

Honorable Todd W. Robinson
United States District Judge